No. 671. HUMBOLDT LAND & CATTLE COMPANY *v.* ROBERT A. ALLEN, STATE ENGINEER OF NEVADA, AND INDIVIDUALLY, ET AL. Appeal from the District Court of the United States for the District of Nevada. Argued April 11, 1927. Decided April 18, 1927. *Per Curiam.* Af-

firmed on the authority of *Chicago Great Western Railway Co.* v. *Kendall*, 266 U. S. 94, 100–101. *Mr. Henry A. Guiler*, with whom *Messrs. Jesse C. Adkins, Albert C. Aiken*, and *Sterling Carr* were on the brief, for appellant. *Mr. George B. Thatcher*, with whom *Mr. M. A. Diskin* was on the brief, for appellees.

